UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY PACE-WHITE, | ) | No. EDCV 15-1075 SJO (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| DEBRA K. JOHNSON, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied without prejudice.

DATED: February 9, 2016.

*S. James Otero*

S. JAMES OTERO
United States District Judge