UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY PACE-WHITE, | ) | No. EDCV 15-1075 SJO (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| DEBRA K. JOHNSON, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that respondent's motion to dismiss is granted; judgment is entered denying the Petition without prejudice; and that the petition be transferred to the Ninth Circuit Court of Appeals.

DATED: February 9, 2016.

_S. James Otero_

S. JAMES OTERO
United States District Judge